**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| JOHNRYAN S., | ) | Case No. 5:20-cv-01458-DEP |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
|     *Defendant*. | ) | |

**Consent Order for Payment of Fees Under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of nine thousand two hundred thirty-seven dollars and forty-nine cents ($9,237.49).

This award will satisfy all of Plaintiff's claims for EAJA fees and costs in this case. Any fees paid belong to Plaintiff and not to his attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff that has been provided to Defendant.

AND, the Court having reviewed the record in this matter,

IT IS on this 5th day of October, 2022,

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $9,237.49, and that this award is payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. DAVID E. PEEBLES
UNITED STATES MAGISTRATE JUDGE


The undersigned hereby consent to the form and entry of the within order.

Dated: October 4, 2022

| Kilolo Kijakazi, | Johnryan S., |
|---|---|
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney | /s/ Howard D. Olinsky[1]<br>Howard D. Olinsky<br>N.D.N.Y. Bar Roll No. 102297 |
| /s/ Christopher L. Potter<br>Christopher L. Potter<br>Special Assistant U.S. Attorney<br>N.D.N.Y. Bar Roll No. 701008<br>Social Security Administration<br>Office of the General Counsel<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(617) 565-1853<br>christopher.L.potter@ssa.gov | Olinsky Law Group<br>250 South Clinton St., Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

---

[1] Signed by Christopher L. Potter with Howard D. Olinsky's permission.